(110 So. 920)

John FRENCH v. STATE. (5 Div. 627.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Elmore County; Geo. F. Smoot, Judge.

RICE, J. Appeal dismissed.

---

(106 So. 916)

Willie Lee GARLINGTON v. STATE. (6 Div. 858.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Jefferson County; W. E. Fort, Judge. Thompson & Thompson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

---

(110 So. 920)

Gertrude GARNER v. CITY OF BIRMINGHAM. (6 Div. 124.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

SAMFORD, J. Affirmed.

---

(110 So. 920)

E. L. GARNER v. STATE. (6 Div. 59.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Affirmed.

---

(106 So. 916)

Doyal GARRETT v. STATE. (7 Div. 152.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. C. D. Kline, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Appellant was convicted of the offense of violating the prohibition laws by distilling, etc., liquors, a part of which was alcohol. The case is merely "e pluribus unum." There is nothing new or novel involved. The evidence was ample to support the conviction. There is no merit in the single exception reserved upon the taking of testimony in the case. The oral charge of the court was free from error. The record is regular. The judgment is affirmed. Affirmed.

---

(110 So. 920)

Israel GARRETT v. STATE. (4 Div. 205.) (Court of Appeals of Alabama. Nov. 9, 1926.)

Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Assault to ravish.

RICE, J. Affirmed.

---

(106 So. 916)

Edwin Sanford GARRISON v. STATE. (6 Div. 784.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Burglary.

SAMFORD, J. Appeal dismissed.

---

(109 So. 924)

Charley GARRISON v. STATE. (6 Div. 915.) (Court of Appeals of Alabama. June 1, 1926. Rehearing Denied Aug. 31, 1926.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge. J. A. Posey, of Haleyville, for appellant. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State. Certiorari denied by Supreme Court in Garrison v. State, 109 So. 921.

RICE, J. Appellant was convicted of the offense of being in possession of a still, etc., to be used for the purpose of manufacturing prohibited liquors. The evidence was ample to support the verdict returned. The few exceptions reserved on the taking of testimony were based on rulings involving only the simplest principles of law. In none of these rulings was there prejudicial error. The judgment is affirmed. Affirmed.

---

(106 So. 917)

Will GEER v. CITY OF BIRMINGHAM. (6 Div. 862.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. D. G. Ewing and Dan Trawick, Jr., both of Birmingham, for appellant. Robert J. Wheeler and J. R. McElroy, both of Birmingham, for appellee.

BRICKEN, P. J. The evidence in this case, as shown by the record, has been examined and considered by the court as a whole. We have reached the conclusion that this evidence fails to establish the offense for which this appellant was convicted; that is to say, the measure of proof required of the plaintiff has not been met. Under the undisputed evidence, the defendant was entitled to the general affirmative charge, requested in writing, and refused by the court. For the error in refusing said charge, the judgment appealed from is reversed. Numerous questions are presented, but what has been said is conclusive of this appeal, and of this case; therefore these questions need not be discussed. Reversed and remanded.